UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 22-20110-CIV-MARTINEZ-BECERRA

NOEL RICARDO STEPHENS,

    Plaintiff,

vs.

GARRETT J. RIPA, *et al.*,

    Defendants.
_____/

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Before the Court is Petitioner's Motion for Rose Murray of the Southern Poverty Law Center to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. (ECF No. 14). After careful consideration, it is **ORDERED AND ADJUDGED** that

The Motion to Appear *Pro Hac Vice*, (ECF No. 14), is **GRANTED**. Designated local counsel, Felix Alberto Montanez of the Southern Poverty Law Center, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules. The Clerk is **DIRECTED** to add the following email addresses to the docket, rose.murray@splcenter.org, to ensure counsel admitted *pro hac vice* receive all future notices of electronic filing.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of February, 2022.

                                                                                                                           _____
                                                                                                                           JOSE E. MARTINEZ
                                                                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record