UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20110-CIV-MARTINEZ-BECERRA

NOEL RICARDO STEPHENS,

    Plaintiff,

vs.

GARRETT J. RIPA, *et al.*,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Petitioner's Motion to Enforce Judgment or in the Alternative Motion to Reconsider Judgment ("Motion to Enforce"). (ECF No. 26). Judge Becerra filed an R&R recommending that the Motion to Enforce be denied. (ECF No. 46). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 46), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Petitioner's Motion to Enforce, (ECF No. 26), is **DENIED** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this 3 day of January, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record